UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WB MUSIC, <u>et al.</u>, | ) | Civil Action No. 1:07-CV-00797 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ENTRY OF DEFAULT** |
| | ) | |
| K. CARLSON ENTERPRISES, INC. and | ) | |
| KAREN REEDER CARLSON, | ) | |
| | ) | |
| Defendants. | ) | |

Upon motion, request, and a proper showing by counsel for the plaintiffs, defendants K. Carlson Enterprises, Inc. and Karen Reeder Carlson, having failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, default is hereby entered against defendants K. Carlson Enterprises, Inc. and Karen Reeder Carlson pursuant to Rule 55, Federal Rules of Civil Procedure.

This the 3rd day December, 2007.

By: /s/ John S. Brubaker
Clerk, U.S. District Court
Middle District of North Carolina